UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20393-CIV-ALTONAGA/O'Sullivan

**MALIBU MEDIA, LLC**,

    Plaintiff,
vs.

**JOHN DOE**,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On October 16, 2014 [ECF No. 32], the Court ordered the parties to select a mediator pursuant to Local Rule 16.2, schedule a time, date and place for mediation, and jointly file a proposed order scheduling mediation on or before November 7, 2014. On November 7, 2014, the parties filed a Joint Notice of Selection of Mediator [ECF No. 33], but did not otherwise comply with the October 16 Order. Accordingly, it is

**ORDERED AND ADJUDGED** that on or before **November 14, 2014**, the parties shall jointly file a proposed order scheduling mediation, which includes the mediator's name, date, time, and location of the mediation as required by the October 16 Order. The parties are reminded that pursuant to the CM/ECF Administrative Procedures,[1] proposed orders must be filed as an attachment to a motion, notice, or other filing. The proposed document must *also* be e-mailed to the judge at the judge's email address, altonaga@flsd.uscourts.gov, in Word format. The e-mail line and the name of the attachment should include the case number, followed by a short description of the attachment (e.g., 00-cv-00000 Order). Failure to strictly comply will result in dismissal without prejudice and without further notice.

---

[1] The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.

CASE NO. 14-20393-CIV-ALTONAGA/O'Sullivan

**DONE AND ORDERED** in Miami, Florida, this 10th day of November, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

2